UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                                                    MDL No. 2187

ORDER RENAMING LITIGATION

When this litigation was commenced on July 15, 2010, with the filing of a motion by various plaintiffs for transfer pursuant to 28 U.S.C. § 1407, the Clerk of the Panel captioned it as *IN RE: Avaulta Pelvic Support Systems Products Liability Litigation.*

Following centralization of this docket by the Panel in the Southern District of West Virginia before the Honorable Joseph R. Goodwin, the litigation has evolved to encompass additional pelvic repair system products also manufactured by C.R. Bard, Inc., and related entities. At the suggestion of Judge Goodwin, in order to more accurately reflect the subject matter of the litigation, and in the interest of consistency with the Panel's naming conventions, it is appropriate at this time to rename MDL No. 2187.

IT IS THEREFORE ORDERED that this litigation is renamed as *IN RE: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation.*

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel